IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CLINTON T. ELDRIDGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:03-cv-408-GPM |
| ) | |
| KATHLEEN HAWK SAWYER, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This matter is before the Court on the Motion for Reconsideration filed by the plaintiff, Clinton T. Eldridge, on August 22, 2005 (Doc. 103), the Motion to Compel filed by Eldridge on August 23, 2005 (Doc. 104), and the Motion to Take Depositions filed by Eldridge on August 23, 2005 (Doc. 105).  For the reasons set forth below, the Motion for Reconsideration is **TAKEN UNDER ADVISEMENT**, the Motion to Compel is **TAKEN UNDER ADVISEMENT**, and the Motion to Take Depositions is **DENIED WITHOUT PREJUDICE.**

The Plaintiff has related to the Court, in numerous motions, that he is having a difficult time gathering discovery in this case.  From these and other motions filed by the Plaintiff, and the Defendant's objections and responses thereto, it appears that the discovery process would benefit from direct Court intervention.  To that end, the following is **ORDERED**:

> 1. The Plaintiff **SHALL**, file with the Court a document containing a numbered list of ALL documents that he wants, that are relevant to his claims, and that he does not have.  Each document shall be listed and numbered separately.  The Plaintiff also shall indicate who has custody over the document that he seeks.  The Plaintiff also shall indicate from whom he has requested this document and the specific date the request was made.  The Plaintiff **SHALL NOT** include any argument or any other information.

2. In a separate document, the Plaintiff **SHALL** file with the Court a document containing all Requests for Admissions for which he has not received either a denial or admission. Each request should be numbered separately. The requests also should be grouped according to the defendant to whom it was initially served. The plaintiff also shall include the date on which the request was served, and the docket entry that corresponds to the request (i.e. that indicates when the request for admissions was filed with this Court). The Plaintiff **SHALL NOT** include any argument or any other information.

3. In a separate document, the Plaintiff **SHALL** file with the Court a list of all persons, and a brief identification of who the person is (i.e. is he/she a defendant or an employee of the jail, or another inmate, etc.) he wishes to depose. The Court reminds the plaintiff, however, that neither the Federal Rules of Civil Procedure nor the statutes governing proceedings *in forma pauperis*, authorize this Court or the United States to pay for the depositions. The Plaintiff must pay for the stenographer and other costs of the deposition. The Plaintiff **SHALL NOT** include any argument or any other information.

4. In a separate document, the Plaintiff **SHALL** file with the Court a brief statement regarding any discovery items, if any, that are **NOT** included in the above three documents. This statement is the Plaintiff's opportunity to inform the Court of any discovery that he requires to prosecute his case. Each item should be listed in separately numbered paragraphs and contain the likely source of the documents and/or information.

The Plaintiff **SHALL** file the above 4 documents with the Court by September 12, 2005. After receiving the above documents, this Court may schedule this matter for a hearing. At that hearing, the parties should be prepared to discuss the availability and the relevance of the documents and other discovery that the Plaintiff requests. In addition, all discovery in this matter is **STAYED** pending receipt of the above documents, the possible hearing, and any subsequent order of this Court.

For the foregoing reasons, the Motion for Reconsideration filed by the plaintiff, Clinton

T. Eldridge, on August 22, 2005 is **TAKEN UNDER ADVISEMENT** (Doc. 103), the Motion to Compel filed by Eldridge on August 23, 2005 is **TAKEN UNDER ADVISEMENT** (Doc. 104), and the Motion to Take Depositions filed by Eldridge on August 23, 2005 is **DENIED WITHOUT PREJUDICE** (Doc. 105).  Discovery in this matter is **STAYED**.  The Clerk is DIRECTED to forward a copy of the Docket sheet along with this Order to the Plaintiff.

**DATED: August 26, 2005**

                                        **s/ Donald G. Wilkerson**
                                        **DONALD G. WILKERSON**
                                        **United States Magistrate Judge**