IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CLINTON T. ELDRIDGE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | CIVIL NO.  03-408-GPM |
| ) | |
| **KATHLEEN HAWK SAWYER,** ) | |
| **E. A. STEPP, T. BAKKE, AUGUSTINA LI,** ) | |
| **NURSE OVERTON, NURSE CROSS,** ) | |
| **P.A. WELCH, P.A. CASTILLO, and** ) | |
| **CAPTAIN HUDSON,** ) | |
| ) | |
| **Defendants.** ) | |

# **MEMORANDUM AND ORDER**

**MURPHY, Chief District Judge:**

This matter is before the Court, *sua sponte*, on a mandate issued by the Seventh Circuit Court of Appeals in *Clinton T. Eldridge v. Kathleen H. Sawyer, et al.*, No. 05-3397 (7th Cir. Dec. 20, 2005). In that case, which was an appeal of a *Bivens* action filed by Plaintiff in this District, the Court of Appeals issued the directive that:

> Until Eldridge has paid in full all outstanding fees and any sanctions in all civil actions he has filed, the clerks of all federal courts in this circuit will return unfiled any papers submitted either directly or indirectly by or on behalf of Eldridge.  This order does not apply to criminal cases or petitions challenging the terms of confinement, and may be reexamined in two years . . . .

*See* Doc. 141, Ex. A.  Attached to the Court of Appeals' order is a list of cases which includes a number of habeas corpus cases filed by Eldridge in this District and this *Bivens* case.

Pursuant to the mandate, Eldridge is effectively prevented from filing any documents in all

cases in this District, except criminal cases and habeas corpus cases. Therefore, the Clerk of Court is **ORDERED** to return, unfiled, any documents submitted by Eldridge that are unrelated to any criminal case or habeas corpus petition.

In this particular case, Eldridge will not be able to file motions to compel discovery, file or respond to any dispositive motions, or submit documents for trial. As Eldridge will not be able to meaningfully prosecute this case, it is **DISMISSED without prejudice**. Eldridge may re-file this action once the ban on filing has been lifted.

**IT IS SO ORDERED.**

DATED: 02/07/06

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge